**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

OMAR MOHAMMED KHALIFH, *et al.*,   :
                                 :
        Petitioners,         :
                                 :
    v.                        : Civil Action No. 05-1189 (JR)
                                 :
BARACK OBAMA, *et al.*,         :
                                 :
        Respondents.        :

## ORDER

Upon review of Petitioner's motion for discovery and Respondents' opposition, requests 3, 6, and 7 are **denied**, and requests 1, 2, 4, and 5 are **denied without prejudice** to a further motion filed with or after Petitioner's traverse, showing that, for specified reasons, Petitioner cannot present facts essential to justify his traverse.

As agreed upon at the April 6, 2009 hearing, Petitioner will file his traverse by **May 27, 2009.**

It is **SO ORDERED.**

JAMES ROBERTSON
United States District Judge